IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                               *        BKRTCY. NO. 14-09549 MCF

NASHALIE IVETTE RODRIGUEZ GARCIA     *        CHAPTER 7

DEBTOR                                         *

**DEBTOR'S NOTICE OF FILING OF AMENDED SCHEDULES "I" & "J "
OFFICIAL FORMS 106I & 106J**

**TO THE HONORABLE COURT:**

       **COMES NOW, NASHALIE IVETTE RODRIGUEZ GARCIA**, the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

       1. The debtor is hereby submitting **Amended Schedules "I" & "J"**, dated June 06, 2016, herewith and attached to this motion.

       2. The amendment to Schedules "I " and "J " is filed to disclose debtor's current household income and expenses.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

       **Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedule "I "& "J"
Case no. 14-09549 MCF7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 08th day of June, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
***RFIGUEROA CARRASQUILLO LAW OFFICE PSC***
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1: **NASHALIE IVETTE RODRIGUEZ GARCIA**

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (If known): 3:14-bk-9549

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
  _____ MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed ☐ Not employed | ☒ Employed ☐ Not employed |
   | Occupation | Consultant For Fine Jewelry | Assistant Manager |
   | Employer's name | Sears | Wendco Of Puerto Rico |
   | Employer's address | PO Box 6189 Sioux Falls, SD 57117-6189 | PO Box 366308 San Juan, PR 00936-6308 |
   | How long employed there? | 2 years | 10 years |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,203.97 | $ 2,146.47 |
| 3. Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. Calculate gross Income. Add line 2 + line 3. | $ 1,203.97 | $ 2,146.47 |

Official Form 106I     Schedule I: Your Income     page 1

Debtor 1  RODRIGUEZ GARCIA, NASHALIE IVETTE        Case number (if known) 3:14-bk-9549

|     |     |     | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 1,203.97 | $ 2,146.47 |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 0.00 | $ 227.80 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: Fed MED/EE | 5h.+ $ | 12.89 + | $ 0.00 |
| | Fed OASDI/EE | $ | 55.12 | $ 0.00 |
| | PR Withholding | $ | 31.07 | $ 0.00 |
| | Taxes | $ | 31.11 | $ 0.00 |
| | Plan Medico | $ | 0.00 | $ 60.36 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 130.19 | $ 288.16 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. $ | 1,073.78 | $ 1,858.31 |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. $ | 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. $ | 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. $ | 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. $ | 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: Christmas Bonus $600.00/12 | 8h.+ $ | 50.00 + | $ 0.00 |
| | Christmas Bonus $600.00/12 | $ | 0.00 | $ 50.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 50.00 | $ 50.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 1,123.78 + $ 1,908.31 | = $ 3,032.09 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: | 11. +$ | | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | 12. $ | | 3,032.09 Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I         Schedule I: Your Income         page 2

Fill in this information to identify your case:

Debtor 1: **NASHALIE IVETTE RODRIGUEZ GARCIA**

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (If known): 3:14-bk-9549

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____ MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   - ■ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?
   - ☐ No
   - ■ Yes. Fill out this information for each dependent.......

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 1 year | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 350.00

   If not included in line 4:
   - 4a. Real estate taxes   4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   - 4c. Home maintenance, repair, and upkeep expenses   4c. $ 0.00
   - 4d. Homeowner's association or condominium dues   4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Debtor 1   RODRIGUEZ GARCIA, NASHALIE IVETTE          Case number (if known)   3:14-bk-9549

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 75.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 50.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: **Cellular (Debtor)** | 6d. $ | 83.00 |
| | | **Cellular (Consensual Debtor)** | $ | 83.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 441.64 |
| 8. | **Childcare and children's education costs** | | 8. $ | 325.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 60.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 75.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 217.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 45.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income*** (Official Form 106I). | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify: **Car Annual Registration Fees $209.50/12** | | 21. +$ | 17.46 |
| | **Lunch At Work (Debtor)** | | +$ | 250.00 |
| | **Lunch At Work (Consensual Spouse)** | | +$ | 100.00 |
| | **Gasoline (Consensual Spouse)** | | +$ | 240.00 |
| | **Gas $30.00X4=120.00/12** | | +$ | 10.00 |
| | **Beauty (Debtor)** | | +$ | 40.00 |
| | **Barber (Consensual Spouse)** | | +$ | 40.00 |
| | **DSO child support consensual spouse** | | +$ | 440.00 |
| | **Savings/Emergency Funds** | | +$ | 40.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 3,032.10 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 3,032.10 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 3,032.09 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. −$ | 3,032.10 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | | 23c. $ | −0.01 |

Official Form 106J                Schedule J: Your Expenses                page 2

Debtor 1  RODRIGUEZ GARCIA, NASHALIE IVETTE           Case number (if known)  3:14-bk-9549

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.    Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **NASHALIE IVETTE RODRIGUEZ GARCIA** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | 3:14-bk-9549 | | |

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x /s/ Nashalie I. Rodriguez Garcia         x _____
NASHALIE IVETTE RODRIGUEZ GARCIA            Signature of Debtor 2
Signature of Debtor 1

Date **June 6, 2016**                       Date _____

```
Label Matrix for local noticing        COOP A/C DEL VALENCIANO                 UNITED STATES TRUSTEE
0104-3                                  PO BOX 1510                             500 TANCA ST STE 301
Case 14-09549-MCF7                      JUNCOS, PR 00777-1510                   SAN JUAN, PR 00901-1922
District of Puerto Rico
Old San Juan
Wed Jun  8 10:27:20 AST 2016

US Bankruptcy Court District of P.R.    Anastacio Velazquez                     Claro
Jose V Toledo Fed Bldg & US Courthouse  Cerro Gordo Ward R183 Ramal 916 Km 4.6  PO Box 360998
300 Recinto Sur Street, Room 109        San Lorenzo, PR   00754                 San Juan, PR 00936-0998
San Juan, PR 00901-1964


Comenity Bank/Pacsnwr                   Depto De Transportacion Y Obras Publicas  Gura Coop
995 W 122nd Ave                         PO Box 41269                              PO Box 678
Westminster, CO 80234-3417              San Juan, PR   00940-1269                 Gurabo, PR 00778-0678


Island Finance                          Municipio Autonomo De Caguas            NCO Financial Systems Of PR
PO Box 71504                            PO Box 907                              Metro Office Park 18 Calle 1, Suite 5000
San Juan, PR 00936-8604                 Caguas, PR 00726-0907                   Guaynabo, PR   00968-1769


Quantum3 Group LLC as agent for         SANTANDER FINANCIAL D/B/A ISLAND FINANCE  Sprint
Comenity Bank                           PO BOX 195369                             PO Box 7993
PO Box 788                              SAN JUAN PR 00919-5369                    Atlanta, GA  30357-0993
Kirkland, WA  98083-0788


MONSITA LECAROZ ARRIBAS                 NASHALIE IVETTE RODRIGUEZ GARCIA        ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)          PO BOX 434                              PO BOX 186
OCHOA BUILDING                          GURABO, PR 00778-0434                   CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901


ROBERTO ROMAN VALENTIN
US TRUSTEES OFFICE
PO BOX 9024003
SAN JUAN, PR 00902-4003




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Coop A/C Del Valenciano              End of Label Matrix
PO Box 1510                             Mailable recipients   18
Juncos, PR  00777-1510                  Bypassed recipients    1
                                        Total                 19
```